# IN THE SUPREME COURT OF THE STATE OF NEVADA

ROBYN SPARROW,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 81301

**FILED**

JUL 09 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is an appeal from a judgment of conviction. Eighth Judicial District Court, Clark County; Valerie Adair, Judge.

Because it appeared from this court's initial review that the notice of appeal was untimely filed, this court entered an order directing appellant's counsel to show cause why this appeal should not be dismissed for lack of jurisdiction. In her response, appellant's counsel states that, during the COVID-19 pandemic, her office has been working with a skeleton crew, and communication with appellant, who is incarcerated, has been difficult. Counsel asks that this court retain jurisdiction over this appeal. This court may not extend the time to file a notice of appeal. NRAP 26(b)(1)(A). "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, this court lacks jurisdiction to consider this appeal, and

ORDERS this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Stiglich

_____, J.
Silver

20-25299

cc: Hon. Valerie Adair, District Judge
Clark County Public Defender
Attorney General/Carson City
Clark County District Attorney
Robyn Sparrow
Eighth District Court Clerk